In the Interest of C.R.Y., Appellant.

C.Y. (Father), Y.L. (Mother), Plaintiffs,

v.

Juvenile Officer, Respondent.

No. WD 57968.

Missouri Court of Appeals,
Western District.

Nov. 7, 2000.

Martina L. Peterson, Kansas City, for appellant.

Donald Lee Cain, Kansas City, for respondent.

Before BRECKENRIDGE, P.J., ULRICH, J. and HOWARD, J.

## ORDER

PER CURIAM:

C.R.Y. appeals the adjudication of the juvenile court finding that she committed forcible sodomy, section 566.060, RSMo Cum.Supp.1998. She claims that the evidence was insufficient to establish that she acted together with other persons with a common purpose to commit forcible sodomy, that she herself committed forcible sodomy, or that forcible compulsion was used in the commission of a crime. The judgment of the juvenile court is affirmed. Rule 84.16(b).